UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

        Plaintiff,               Case No. 09-C-0059

        v.

CERTAIN REAL PROPERTY commonly known as
N5458 HIGHWAY E, DEERBROOK, WISCONSIN,

        Defendant.

## ORDER OF DISMISSAL

The United States has filed a motion requesting that the Verified Complaint for Civil Forfeiture *in rem* filed in the above-captioned matter on January 14, 2009, be dismissed without prejudice because the defendant property has insufficient equity to justify its forfeiture to the government at this time.

The government's motion is **GRANTED**. **IT IS HEREBY ORDERED** that the Verified Complaint for Civil Forfeiture *in rem* in the above-captioned matter be **DISMISSED WITHOUT PREJUDICE**.

Dated this   26th   day of March, 2009.

                                  s/ William C. Griesbach
                                  HONORABLE WILLIAM C. GRIESBACH
                                  United States District Judge